UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 19-852 JGB (SHKx)** | Date | January 12, 2022 |
|---|---|---|---|
| Title | ***Gary Scherer v. Chukrala Isak, et al.*** | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order to Show Cause for Failure to Prosecute (IN CHAMBERS)**

On August 14, 2020, the Court ordered Plaintiff Gary Scherer to file a motion for leave to amend or motion for entry of default judgment on the operative complaint by August 17, 2020. ("Order," Dkt. No. 40.)  This Order followed five prior orders by the Court to show cause for lack of prosecution.  Mr. Scherer has again failed to meet the deadline set by the Court.  Federal Rule of Civil Procedure 41(b) grants the Court authority to sua sponte dismiss actions for failure to prosecute or failure to comply with court orders.  See Fed. R. Civ. P. 42(b); Wolff v. California, 318 F.R.D. 627, 630 (C.D. Cal. 2016).  Accordingly, the Court, on its own motion, orders Mr. Scherer to show cause in writing on or before **January 18, 2022**, why this action should not be dismissed as to the applicable defendants for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  The Order to Show Cause will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by the Plaintiff is due.

**IT IS SO ORDERED.**