CENTER FOR DISABILITY ACCESS
RAY BALLISTER, JR., ESQ., SBN 111282
RUSSELL HANDY, ESQ., SBN 195058
FAYTHE GUTIERREZ, ESQ., SBN 310430
8033 LINDA VISTA ROAD, SUITE 200
SAN DIEGO, CA 92111
(858) 375-7385; (888) 422-5191 FAX
faytheg@potterhandy.com
ATTORNEYS FOR PLAINTIFF

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Gary Scherer**, | Case 5:19-CV-00852-JGB-SHK |
| Plaintiff, | **Plaintiff's Application for Default Judgment by Court Against Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc.** |
| v. | |
| **Chukrala Isak;** **Souad Hachicho;** **La Bodega Del Medio, Inc.,** a California Corporation dba Corazon Urban Kitchen, | Date: February 14, 2022  Time: 9:00 a.m.  Ctrm: 1 |
| Defendants. | |

To Defendants Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc., and the attorneys of record, if any: Please take notice that on February 14, 2022 at 9:00 a.m., or as soon thereafter as this matter may be heard by this Court located at the George E. Brown Courthouse, 3470 Twelfth Street, Riverside, California 92501, Plaintiff Gary Scherer, will present his application for default judgment against defendants Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc. The defaults were entered against

defendant Chukrala Isak, Souad Hachicho on January 9, 2020 and against La Bodega Del Medio, Inc. on January 14, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant La Bodega Del Medio, Inc., is an entity and defendants Chukrala Isak and Souad Hachicho are not minors or incompetent persons or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc. have not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendants on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks $8,000.00 damages judgment against Defendants Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc. and $5,334.00 as attorneys' fees and costs. Additionally, plaintiff seeks an order directing the defendants to provide wheelchair accessible restroom, wheelchair accessible paths of travel to the restroom, wheelchair accessible dining tables and wheelchair accessible sales counter at the property located at 1637 N. Garey Avenue, Pomona, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendants Chukrala Isak, Souad Hachicho and La Bodega Del Medio, Inc. on January 17, 2022, by first class United States Mail, postage prepaid.

Dated: January 17, 2022          CENTER FOR DISABILITY ACCESS

By: */s/ Tehniat Zaman*
Tehniat Zaman, Esq.,
Attorney for Plaintiff

2

Plaintiff's Application for Default Judgment